IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Latasha Denise Johnson <br><br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -against- <br><br> Recleim LLC Douglas C. Huffer Shannon J Matlock, Lurkisha Busworn Cliffton ; Bernard Robinson <br><br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | **Complaint for Employment Discrimination** <br><br> Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial:   ☐ Yes   ☐ No <br> *(check one)* |

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Latasha Denise Johnson
Street Address: 512 Outing Club Rd
City and County: Aiken ; Aiken County
State and Zip Code: SC 29801
Telephone Number: (803) 617-9980 ; (803) 387-1009

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Douglas C. Huffer / Reclcim LLC Corporate

Job or Title (if known):

Street Address: Suite 200  34 Old Ivy Road

City and County: Alanta, Fulton County ~~Graniteville, Aiken County~~

State and Zip Code: GA 30342 ~~SC 29829~~

Telephone Number: (404) 495-4550 ~~(803)~~

Defendant No. 2

Name: Shannon S. Matlock

Job or Title (if known): Director of Human Resource

Street Address: 118 Hard St

City and County: Graniteville, Aiken County

State and Zip Code: SC 29829

Telephone Number: (803) 392-7800

Defendant No. 3

Name: Lukisha L. Guswern-Cliffton

Job or Title (if known): Supervisor

Street Address: 118 Hard St

City and County: Graniteville, Aiken County

State and Zip Code: SC 29829

Telephone Number: (803) 392-7800

Defendant No. 4

Name: Bernard Robinson

Job or Title (if known): Superrisor

2

|  |  |
|---|---|
| Street Address | 118 Hard St |
| City and County | Graniteville, Aiken County |
| State and Zip Code | SC  29829 |
| Telephone Number | (803) 392-7800 |

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

|  |  |
|---|---|
| Name | Reclaim |
| Street Address | 118 Hard St |
| City and County | Graniteville, Aiken County |
| State and Zip Code | SC, 29829 |
| Telephone Number | (803) 392-7800 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

    ☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

    ☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

    ☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

    ☐    Other federal law *(specify the federal law)*:

3

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | Relevant state law | *(specify,* | *if* | *known):* |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | Relevant city or county law | *(specify,* | *if* | *known):* |

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: Rumors about my sexuality

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) Nov 22, 2016 ; Nov 29, 2016 ; ~~Nov~~ LS Dec 14, 2016

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

4

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☑ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

On Nov 22, 2016 I made a complaint to human resource about my supervisor hassing me. On Nov 29, 2016 a picture of a rat was posted in my work area. On Dec 14, 2016 I was terminated for having my phone. When I told human resource I didn't have my phone, I was then told I was being a disturbance in the work. I refuse to sign once Shannon changed why I was terminated

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Aug 11, 2017

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)*

Aug 11, 2017

5

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Benefits- I was getting insurance taken out my checks and had not recieved any cards. I even as Lukisha L Gusworn - Clifflon about it and she said she would get back with. Which she never did. Back Pay, My lights had got cut off. Backpay from my raise after my 90 days. I would like an apology from Bernard for the harrassment, and an apology from human resource bc I didn't have my phone. Wrongfully termination.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec 8 , 2017.

Signature of Plaintiff _____
Printed Name of Plaintiff  Latasha D. Johnson

**B.** **For Attorneys**

Date of signing: Dec 8 , 2017

Signature of Attorney _____
Printed Name of Attorney  Latasha Denise Johnson
Bar Number
Name of Law Firm
Address
Telephone Number
E-mail Address