# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Latasha Denise Johnson, | | |
| *Plaintiff* | | |
| v. | Civil Action No. | 1:17-03317-JMC |
| Recleim LLC, Douglas C. Huffer, Shannon S. Matlock, Lukisha L. Gusworn-Cliffton, Bernard Robinson, | | |
| *Defendants* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the plaintiff take nothing of the defendants, Douglas C. Huffer, Shannon S. Matlock, Lukisha L. Gusworn-Cliffton, and Bernard Robinson and these defendants are dismissed without prejudice and without issuance of service of process. It is further ordered that the plaintiff shall take nothing of the defendant, Recleim LLC and the complaint is dismissed without prejudice as to this named defendant.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins Jr. United States District Judge presiding. The court having adopted the Report and Recommendation of Magistrate Judge Paige J. Gossett to dismiss defendants Douglas C. Huffer, Shannon S. Matlock, Lukisha L. Gusworn-Cliffton, and Bernard Robinson.

■ decided by the Honorable J. Michelle Childs United States District Judge presiding. The court having accepted the Report and Recommendation of Magistrate Judge Paige J. Gossett to dismiss as to defendant Recleim LLC.

*CLERK OF COURT*

Date: February 12, 2019

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*